**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| SACULLES, JAMES C. | ) No. 09-13811-RGM |
| AND MOLETT, NAM S. | ) Chapter 7 |
| | ) |
| Debtors. | ) |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| American Express Bank FSB<br>c/o Beckett and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $0.95 |
| Total | $0.95 |

Dated: 05/20/10

/s/ H. Jason Gold
H. Jason Gold, VA Bar No. 19117
WILEY REIN LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
(703) 905-2800